UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE DODSON, O/B/O S.L.S., | : : : | NO. 1:11-CV-332 |
| Plaintiff, | : : | |
| vs. | : : | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | : : : | |
| Defendant. | : : | |

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 23), to which no objections were filed.

Proper Notice was given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

Having reviewed this matter pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.

Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 23) in all respects and REVERSES the Commissioner's decision denying

Plaintiff's applications for benefits. The Court thus REMANDS the case under sentence four of 42 U.S.C. § 405(g) for the ALJ to, <u>inter</u> <u>alia</u>, properly evaluate the special education services and accommodations S.L.S. has received throughout his school years as well as his consistently significant delays in reading and writing on his ability to function in the relevant domains. Finally, the Court ORDERS that this case be closed.

       SO ORDERED.

DATED: June 13, 2012       <u>s/S. Arthur Spiegel</u>
                                    S. Arthur Spiegel
                                    United States Senior District Judge